

# United States District Court
# Eastern District of California

| Travis Harris DBA Revival Electric | Case Number: 2:21-cv-01092-JAM-CKD |

Plaintiff(s)

V.

| Origin Effects Limited |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mari-Elise Paul hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Origin Effects Limited

On __10/20/2010__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of Virginia__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __12/09/2021__                Signature of Applicant: /s/ __Mari-Elise Paul__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mari-Elise Paul |
| Law Firm Name: | Stites & Harbison PLLC |
| Address: | 400 West Market Street |
| | Suite 1800 |
| City: | Louisville    State: KY    Zip: 40202 |
| Phone Number w/Area Code: | (502) 587-3400 |
| City and State of Residence: | Louisville, Kentucky |
| Primary E-mail Address: | mpaul@stites.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jay A. Woollacott |
| Law Firm Name: | Woollacott PLC |
| Address: | 10850 Wilshire Blvd. |
| | Suite 825 |
| City: | Los Angeles    State: CA    Zip: 90024 |
| Phone Number w/Area Code: | (310) 481-2222    Bar #: 83032 |

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 16, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STSTES DISTRICT COURT JUDGE